# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown
Attorney-in-Charge*

Aug. 18, 2022

The Hon. Judith McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Robert Dyckman*, Case No. 22-cr-390 (VB)

Dear Judge McCarthy,

I am writing to request that the Court modify the terms of Mr. Dyckman's release to permit him to travel to South Carolina for a family beach vacation from August 27 to September 3, 2022. He will be traveling via car with his adult child, minor child, and life partner.

On July 21, 2022, the Court, the Honorable Andrew Krause presiding, released Mr. Dyckman on an agreed-upon bail package that included an unsecured $100,000 bond signed by one financially responsible person. Additionally, Mr. Dyckman's travel was restricted to the Southern and Eastern Districts of New York.

I have discussed this requested modification with Pretrial Services Officer Andrew Abbott and AUSA David Felton. Neither has an objection to this modification.

Thank you for your consideration of this request.

Sincerely,

Rachel Martin
Assistant Federal Defender

cc: AUSA David Felton
U.S. Pretrial Services Officer Andrew Abbott

**APPLICATION GRANTED**

Hon. Judith C. McCarthy  8-19-2022