# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

August 3, 2023

**APPLICATION GRANTED**

*[signature]*

Hon. Victoria Reznik, U.S.M.J.
8/3/2023

The Hon. Victoria Reznik
United States Magistrate Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Robert Dyckman*, Case No. 22-cr-390 (VB)

Dear Judge Reznik,

I am writing to request that the Court modify the terms of Mr. Dyckman's release to permit him to travel to Danbury, Connecticut for his son's championship baseball game on Saturday, August 5, 2023.

On July 21, 2022, the Honorable Andrew Krause released Mr. Dyckman on an agreed-upon bail package that included an unsecured $100,000 bond signed by one financially responsible person. Mr. Dyckman's travel was restricted to the Southern and Eastern Districts of New York. Mr. Dyckman has been totally compliant with pretrial conditions.

I have discussed this requested modification with Pretrial Services Officer Andrew Abbott and AUSA David Felton. Neither has an objection to this modification.

Thank you for your consideration of this request.

Sincerely,

*[signature]*

Rachel Martin
Assistant Federal Defender

cc:  AUSA David Felton
     U.S. Pretrial Services Officer Andrew Abbott