UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

ROBERT DYCKMAN,
                  Defendant.
--------------------------------------------------------------x

**ORDER**

22 CR 390 (VB)

       Having reviewed the parties' submissions in connection with defendant Dyckman's motion to suppress evidence seized from a Samsung Galaxy S7 cellphone, the Court has determined that an evidentiary hearing is not necessary to resolve the motion. The Court expects to resolve the motion by bench ruling at the pretrial conference scheduled for April 24, 2024, at 11:00 a.m. The Court will also set a trial date at the April 24 conference.

Dated: April 4, 2024
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge