UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :     **ORDER**
v.                                    :
                                      :     22 CR 390-2  (VB)
Robert Dyckman,                       :
                    Defendant.        :
--------------------------------------------------------------x

It is hereby ORDERED that Rachel Martin, Esq. is relieved as attorney of record and James E. Neuman, Esq., is appointed as attorney for defendant Dyckman pursuant to the Criminal Justice Act.

Dated:  November 21, 2024
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge